Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-264-3325
            907-264-3303
Facsimile:  907-276-2631
Email:      JamiesonB@LanePowell.com
            BaylousM@LanePowell.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JAMES L. MILLER and APRIL MILLER, as assignees of TONKA TOY RENTALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:14-cv-_____-____ <br><br><br> **NOTICE OF REMOVAL** |

Defendant Columbia Insurance Company ("Columbia") hereby gives notice of the removal of the above-captioned action, currently pending in the Superior Court for the State of Alaska, First Judicial District at Juneau, under Case No. 1JU-14-00461CI, to the United Stated District Court for the District of Alaska.  Removal is based on diversity of citizenship under 28 U.S.C. §§ 1332 and 1441.

As grounds for removal, Columbia states as follows:

1.  On or about January 8, 2014, Plaintiffs James L. Miller and April Miller ("Millers") filed a Complaint for Insurance Bad Faith (the "Complaint") with the Clerk of the Superior Court for the State of Alaska in the First Judicial District at Juneau. [A true and correct copy of the Complaint is attached as Ex. A.]  Millers purport to bring the Complaint

as the assignees of certain claims of Tonka Toy Rentals, LLC ("Tonka") that allegedly stem from Columbia's denial of insurance coverage to Tonka. [Compl. ¶ 3.]

2. On January 15, 2014, the Complaint was served on Columbia.

3. Millers are residents of Petersburg, Alaska. [Compl. ¶ 1.]

4. Columbia is organized under the laws of Nebraska with its principal place of business in Omaha. [Compl. ¶ 2.]

5. Millers claim damages of $1,500,000. [Compl. ¶ 31.]

6. Because there is complete diversity of citizenship among the parties, and because the amount in controversy exceeds the jurisdictional minimum, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

7. The Notice of Removal is timely under 28 U.S.C. § 1441(d), and will be served upon Millers and filed promptly in the state court.

DATED this 5th day of February, 2014.

        LANE POWELL LLC
        Attorneys for Defendant

        By  s/ Brewster H. Jamieson
           Brewster H. Jamieson, ABA No. 8411122
           Michael B. Baylous, ABA No. 0905022

I certify that on February 6, 2014, a copy of
the foregoing was served by mail and email on:

Mark Choate , Choate Law Firm LLC
424 N Franklin St, Juneau AK 99801
mark@choatelawfirm.com

s/ Brewster H. Jamieson

128177.0001/5931684.1

**Notice of Removal**
*James L. Miller, et al. v. Columbia Ins. Co.* **(Case No. 3:14-cv-_____-____)**      Page 2 of 2