# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JAMES L. MILLER, et al,
    Plaintiffs,

Case Number 1:14-cv-00003-TMB

v.

COLUMBIA INSURANCE COMPANY,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiffs take nothing, that the action be dismissed on the merits, and that the defendant Columbia Insurance Company recover of plaintiffs James L. Miller and April Miller defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of _____% as provided by law.

APPROVED:

S/TIMOTHY M. BURGESS
United States District Judge

Date: August 14, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    LESLEY K. ALLEN
    Lesley K. Allen,
    Clerk of Court

[Jmt2 - Basic - rev. 4-1-15}